JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marilyn Convey,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>Atria Management Company, LLC, et al.,<br><br>　　　　　Defendant(s). | Case No. 2:24-cv-00849-RGK-RAO<br><br>**ORDER DISMISSING ACTION FOR LACK OF PROSECUTION** |

On March 7, 2024, the Court issued an Order to Show Cause re: Dismissal for Lack of Prosecution [16] ("OSC"), which ordered Defendants to respond to the operative Complaint by March 11, 2024, or alternatively, for Plaintiff to apply for entry of default by March 13, 2024. Although the OSC indicated that a stipulation to extend dates was not a proper response, the parties, on March 7, 2024, filed an untimely Stipulation to extend Defendants' answer deadline [16]. Plaintiff then filed a Response [19] to the OSC on March 12, 2023.  Because neither party filed a proper response to the OSC, this action is dismissed for Plaintiff's lack of prosecution.

**IT IS SO ORDERED.**

Dated: 3/13/2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE